# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: <u>1:26–mj–08087–PGL</u> All Defendants

Case title: USA v. St. Fort

Date Filed: 03/31/2026

Date Terminated: 04/01/2026

---

Assigned to: Magistrate Judge Paul G. Levenson

**Defendant (1)**

**Edouardo St. Fort**
*TERMINATED: 04/01/2026*

represented by **Scott Lauer**
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street
5th Floor
Boston, MA 02210
(617) 223–8061
Email: Scott_Lauer@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18 U.S.C., Section 371–CONSPIRACY TO COMMIT OFFENSES AGAINST THE UNITED STATES; | |

1

18 U.S.C., Section
1952(a)(3)–VIOLATION OF THE
TRAVEL ACT;

18 U.S.C. Section
666(a)(2)–FEDERAL PROGRAM
BRIBERY

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kristen A. Kearney**<br>United States Attorney's Office MA<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617–748–3204<br>Email: kristen.kearney@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2026 | | Arrest (Rule 5) of Edouardo St. Fort (MM) (Entered: 03/31/2026) |
| 03/31/2026 | 1 | Rule 5(c)(3) Documents Received as to Edouardo St. Fort (MM) (Additional attachment(s) added on 3/31/2026: # 1 Copy of Indictment) (MM). (Entered: 03/31/2026) |
| 03/31/2026 | 2 | ELECTRONIC NOTICE of Case Assignment as to Edouardo St. Fort; Magistrate Judge Paul G. Levenson assigned to case. (MM) (Entered: 03/31/2026) |
| 03/31/2026 | 3 | Magistrate Judge Paul G. Levenson: ORDER entered. ORDER APPOINTING FEDERAL DEFENDER PROGRAM, Attorney Scott Lauer as to Edouardo St. Fort. (AT) (Entered: 03/31/2026) |
| 03/31/2026 | 4 | ELECTRONIC NOTICE OF HEARING as to Edouardo St. Fort. Initial Appearance – Rule 5 set for 3/31/2026 at 03:00 PM in Courtroom 25 (In person only) before Magistrate Judge Paul G. Levenson. (AT) (Entered: 03/31/2026) |
| 03/31/2026 | 5 | ELECTRONIC NOTICE OF RESCHEDULING as to Edouardo St. Fort. Initial Appearance – Rule 5 set for 3/31/2026 at 03:10 PM in Courtroom 25 (In person only) before Magistrate Judge Paul G. Levenson. (AT) (Entered: 03/31/2026) |
| 03/31/2026 | 6 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Paul G. Levenson: Initial Appearance in Rule 5(c)(3) Proceedings as to Edouardo St. Fort held on 3/31/2026.<br><br>The Court advised the defendant of his rights and the charges against him. The Court provisionally appointed Attorney Lauer. The defendant was advised of Rule 20. |

|  |  |  |
|---|---|---|
|  |  | The defendant did not request a detention hearing in the District of Massachusetts. There was no question of identity, and the defendant waived the right to an identity hearing. Following a colloquy, the Court found that the defendant is the person named in the petition.

The Court heard from the parties and probation regarding proposed conditions of release. The government requested a secured bond; alternatively, the Court imposed an unsecured bond in the amount of $500,000.00. A colloquy was conducted. Order on conditions of release to issue.

The Court reminded the government of its obligations under Rule 5(f). An Order pursuant to Rule 5(f) will issue.

The Court directed the defendant to contact the Eastern District of New York to confirm his next court appearance.

(Attorneys present: AUSA Kearney for the government. Attorney Lauer for the defendant. P.O Curran for probation.)Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (AT) (Entered: 03/31/2026) |
| 03/31/2026 | 7 | Magistrate Judge Paul G. Levenson: ORDER entered. ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f) entered as to Edouardo St. Fort. (AT) (Entered: 03/31/2026) |
| 03/31/2026 | 8 | WAIVER of Rule 5 and 5.1 Hearings by Edouardo St. Fort. (AT) (Entered: 03/31/2026) |
| 03/31/2026 | 9 | Magistrate Judge Paul G. Levenson: ORDER entered. ORDER Setting Conditions of Release as to Edouardo St. Fort (1) with an unsecured bond as to Edouardo St. Fort. (AT) (Entered: 03/31/2026) |
| 03/31/2026 | 10 | unsecured Bond Entered as to Edouardo St. Fort in amount of $ 500,000.00 (AT) (Entered: 03/31/2026) |
| 04/01/2026 | 11 | Magistrate Judge Paul G. Levenson: ORDER entered. ORDER OF REMOVAL to District of Eastern District of New York as to Edouardo St. Fort (AT) (Entered: 04/01/2026) |

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**USA**

v.

**EDOUARDO ST. FORT**

Criminal Action No.
**1:26−MJ−08087−PGL**

### ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f)

**Paul G. Levenson U.S.M.J.**

Pursuant to the Due Process Protections Act, Public Law 116−182, 134 Sta. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, this court issues the following Order. The United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant[s], that is, all evidence that is material and favorable to the defendant[s] or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. Specific categories for exculpatory evidence that must be provided to the defense are set out in Local Rule 116.2. The failure to comply with this Order may result in consequences including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the court.

**/s/ – Paul G. Levenson**

Dated: March 31, 2026

UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
District of Massachusetts ▢

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 26-mj- 8087 |
| | ) | |
| Edouardo St. Fort | ) | Charging District's Case No. 26-cr-00069 |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_    Eastern District of New York

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    03/31/2026                     _Edouardo St Fort_
                                                _Defendant's signature_

                                             _Signature of defendant's attorney_

                                                 Scott Lauer
                                          _Printed name of defendant's attorney_

AO 199C (Rev. 09/08) Advice of Penalties

Page _____4_____ of _____4_____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

TAUNTON, MA
_____
*City and State*

## Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.

(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____3/31/2026_____         _____/s/ Alexandra Traganos_____
                                                              *Judicial Officer's Signature*

                                                   Alexandra Traganos, CRD
                                                      *Printed name and title*

DISTRIBUTION:  COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

Case 1:26-cr-02069-JBB87-DCLme0 Document Filed 04/16/203/02/26 7 Page 2 of 13 #: 156

## ADDITIONAL CONDITIONS OF RELEASE

(ii)  submit to the following location monitoring technology (**check one**):

    ( ☐ ) (1)  Location monitoring technology as directed by the pretrial services or supervising officer; or

    ( ☐ ) (2)  GPS; or

    ( ☐ ) (3)  Radio Frequency; or

    ( ☐ ) (4)  Voice Recognition; or

    ( ☐ ) (5)  Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii)  ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☑ )  (r)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. **(Report within 24 hours)**

( ☑ )  (s)  The three reported firearms are to be removed from the home within 24 hours and verification provided to U.S Probation and Pretrial Services.

AO 199B (Rev. 09/24) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____

*Custodian*            *Date*

( ☑ ) (7) The defendant must:

( ☑ ) (a) submit to supervision by and report for supervision to the U.S. Probation and Pretrial Services ,

telephone number _____ , no later than _____ .

( ☐ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

( ☑ ) (d) surrender any passport to: U.S. Probation and Pretrial Services _____

( ☑ ) (e) not obtain a passport or other international travel document.

( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel: District of Massachsuetts., Southern District of New York, Eastern District of New York, and points in between for travel.

( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: co-defendant unless in presence of counsel. list to be provided by AUSA.

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☑ ) (k) not possess a firearm, destructive device, or other weapon.

( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☐ ) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

( ☐ ) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.

( ☐ ) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.

    ( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

( ☐ ) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

    i. Following the location restriction component (**check one**):

      ( ☐ ) (1) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

      ( ☐ ) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or

      ( ☐ ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

      ( ☐ ) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. Note: Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

8

AO 199A (Rev. 06/19)  Order Setting Conditions of Release                    Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

United States of America        )
v.                              )
                                )
Edouardo St. Fort               )        Case No.   26-MJ-8087
                                )
_____  )
*Defendant*

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                        *Place*

_____

on   _____
                                        *Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 98 (Rev. 12/11) Appearance Bond

_Release of the Bond._ The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

_Ownership of the Property._ I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;
(2)    the property is not subject to claims, except as described above; and
(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

_Acceptance._ I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 3/3/26

_____
Defendant's signature

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

### CLERK OF COURT

Date:    03/31/2026

/s/ Alexandra Traganos
_____
Signature of Clerk or Deputy Clerk

Approved.

Date:    03/31/2026

/s/ Paul G. Levenson
_____
Judge's signature

10

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 26-MJ-8087 |
| Edouardo St. Fort | ) | |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Edouardo St. Fort _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

      ( X )      to appear for court proceedings;

      ( X )      if convicted, to surrender to serve a sentence that the court may impose; or

      ( X )      to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)   This is a personal recognizance bond.

( X ) (2)   This is an unsecured bond of $  500,000.00 _____ .

(    ) (3)   This is a secured bond of $ _____ , secured by:

      (    ) (a) $ _____ , in cash deposited with the court.

      (    ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

            If this bond is secured by real property, documents to protect the secured interest may be filed of record.

      (    ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

11

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

EDOUARDO ST. FORT,

*Defendant.*

No. 26-mj-08087-PGL

## ORDER OF REMOVAL

LEVENSON, U.S.M.J.

The above-named individual was arrested in the District of Massachusetts on March 31, 2026, upon an arrest warrant issued by the United States District Court for the Eastern District of New York. The warrant, dated March 27, 2026, arises from a indictment in that district (E.D. New York, Docket No. 26-CR-00069). Docket No. 1.

Represented by provisionally appointed counsel, Defendant appeared before this Court for an initial appearance on March 31, 2026. Docket No. 6. At the initial appearance, Defendant was informed of the procedures of Rule 20 of the Federal Rules of Criminal Procedure. Defendant consented to removal to the Eastern District of New York. The Government agreed to conditions of release, which were ordered. Mr. St. Fort waived an identity hearing; I find that he is the person named in the arrest warrant.

ACCORDINGLY, the Court orders that Defendant be released on an unsecured bond and orders him to appear in the Eastern District of New York to face the charges against him.

IT IS ORDERED: Defendant shall appear as directed in the United States District Court for the Eastern District of New York, and promptly notify the United States Attorney and the Clerk of Court for that district of his arrival, so that further proceedings may be promptly scheduled.

2

Failure to appear may result in revocation of release and the issuance of a warrant.

The Clerk is directed to send this order and the original papers in this matter to the Clerk, United States District Court, Eastern District of New York.

/s/ Paul G. Levenson
Paul G. Levenson
U.S. MAGISTRATE JUDGE

Dated: April 1, 2026

2