**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ADW/LZ
F. #2025R00137

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 27, 2026

By USAFX and Email

Seth Zuckerman
Zuckerman Legal Group
14 Penn Plaza, Suite 814
New York, NY 10122

James Kousouros
The Law Offices of James Kousouros
260 Madison Ave., 22nd Floor
New York, NY 10016

H. Benjamin Perez
H. Benjamin Perez & Associates, P.C.
111 Broadway, Suite 706
New York, NY 10006

Todd A. Spodek
Spodek Law Group P.C.
The Woolworth Building
233 Broadway, Suite 710
New York, NY 10279

Re: United States v. Tirelus, et al.
Criminal Docket No. 26-69

Dear Counsel:

In accordance with Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find a production of discovery in the above-referenced case, supplementing the productions made to you on May 22, 2026 and May 29, 2026[1]. The production, which is being produced pursuant to the protective order entered by the Court on May 7, 2026, ECF No. 34, has been made to you via USAFX and email. Please do not hesitate to reach out if you have any questions or any difficulty accessing the materials. The government also requests reciprocal discovery from the defendant.

Records obtained from Google related to Google Account admin@dcscare.net are included in this production and Bates-labeled EDNY_00225431.

Documentation related to each defendant's arrest has been shared with each defendant, as follows:

[1] This second production was received by counsel for defendant Jean Ronald Tirelus on or about June 11, 2026.

- Documentation related to defendant Miguel Jorge's arrest has been shared with counsel for defendant Jorge, and is Bates-labeled EDNY_00225360-EDNY_00225392;
- Documentation related to defendant Roberto Samedy's arrest has been shared with counsel for defendant Samedy, and is Bates-labeled EDNY_00225393-EDNY_00225407;
- Documentation related to defendant Jean Ronald Tirelus's arrest has been shared with counsel for defendant Tirelus, and is Bates-labeled EDNY_00225408-EDNY_00225416; and
- Documentation related to defendant Edouardo St. Fort's arrest has been shared with counsel for defendant St. Fort, and is Bates-labeled EDNY_00225417-EDNY_00225430.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Laura Zuckerwise
Laura Zuckerwise
Andrew Wang
Assistant U.S. Attorneys
(718) 254-6204

Enclosures

cc: Clerk of the Court (RER) (by ECF) (without enclosures)